**Fill in this information to identify the case:**

Debtor 1: Susan A. Daas

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Middle District of North Carolina

Case number: 17-51330

Official Form 410S1

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 0 3 7

**Date of payment change:** Must be at least 21 days after date of this notice: 02/01/2020

**New total payment:** Principal, interest, and escrow, if any   $ 888.24

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 312.77       New escrow payment: $ 315.03

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%       New interest rate: _____%

   Current principal and interest payment: $ _____       New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

| Debtor 1 | Susan A. Daas | | | Case number *(if known)* 17-51330 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date 01/09/2020

Print: **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

Official Form 410S1         Notice of Mortgage Payment Change         page **2**



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. Box 619063
Dallas, TX 75261-9063

**ESCROW STATEMENT**

| | |
|---|---|
| Analysis Date: | December 05, 2019 |
| Loan Number: | |
| For Inquiries: | 800.686.2404 |
| Property Address: | 1012 APPLEGATE CT |
| | KERNERSVILLE NC 27284 |

SUSAN A DAAS
PO BOX 22
KERNERSVILLE NC 27285-0022

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current | Effective 02/01/20 |
|---|---|---|
| Principal & Interest Pmt | $573.21 | $573.21 |
| Total Monthly Escrow Payment | $312.77 | $315.03 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$885.98** | **$888.24** |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | November 01, 2019 |
| Escrow Balance: | $605.43 |
| Anticipated Pmts to Escrow: | $3,780.36 |
| Anticipated Pmts from Escrow (-): | $3,780.34 |
| Anticipated Escrow Balance: | $605.43 |

| Shortage/Surplus Information | Effective 02/01/20 |
|---|---|
| Upcoming Total Annual Bills | $3,780.34 |
| Required Cushion | $395.40 |
| Required Starting Balance | $988.48 |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $395.40. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $605.43 | $988.48 |
| FEB 2020 | $315.03 | $117.33 | FHA INSURANC | $803.13 | $1,186.18 |
| MAR 2020 | $315.03 | $117.33 | FHA INSURANC | $1,000.83 | $1,383.88 |
| APR 2020 | $315.03 | $117.33 | FHA INSURANC | $1,198.53 | $1,581.58 |
| MAY 2020 | $315.03 | $117.33 | FHA INSURANC | $1,396.23 | $1,779.28 |
| JUN 2020 | $315.03 | $117.33 | FHA INSURANC | $1,593.93 | $1,976.98 |
| JUL 2020 | $315.03 | $117.33 | FHA INSURANC | $1,791.63 | $2,174.68 |
| AUG 2020 | $315.03 | $117.33 | FHA INSURANC | $1,989.33 | $2,372.38 |
| SEP 2020 | $315.03 | $117.33 | FHA INSURANC | $2,187.03 | $2,570.08 |
| OCT 2020 | $315.03 | $117.33 | FHA INSURANC | $2,384.73 | $2,767.78 |
| OCT 2020 | | $1,413.38 | COUNTY TAX | $971.35 | $1,354.40 |
| OCT 2020 | | $959.00 | PROPERTY INS | $12.35 | $395.40 |
| NOV 2020 | $315.03 | $117.33 | FHA INSURANC | $210.05 | $593.10 |
| DEC 2020 | $315.03 | $117.33 | FHA INSURANC | $407.75 | $790.80 |
| JAN 2021 | $315.03 | $117.33 | FHA INSURANC | $605.45 | $988.50 |



11511 Luna Road, Suite 200
Farmers Branch, TX 75234
(800) 686-2404

HOME POINT FINANCIAL CORPORATION
P. O. BOX 790309
ST LOUIS, MO 63179-0309

Home Point Financial Corporation  
11511 Luna Road, Suite 200  
Farmers Branch, TX 75234  
800.686.2404

SUSAN A DAAS  
PO BOX 22  
KERNERSVILLE NC 27285-0022

Property Address:  
1012 APPLEGATE CT  
KERNERSVILLE NC 27284

Analysis Date: December 05, 2019

Loan Number: 

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | $3,780.36 | $3,780.34 | | | |

## Annual Escrow Account Disclosure Statement
### Account History

The following statement of activity in your escrow account from February 2019 through January 2020 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $583.61 | ($1,215.13) |
| FEB | $315.34 | $625.54 * | ($120.81) | | FHA INSURANC | $778.14 | ($589.59) |
| FEB | | | | $120.81 * | FHA INSURANC | $778.14 | ($710.40) |
| MAR | $315.34 | $312.77 * | ($120.81) | | FHA INSURANC | $972.67 | ($397.63) |
| MAR | | | | $120.81 * | FHA INSURANC | $972.67 | ($518.44) |
| APR | $315.34 | $625.54 * | ($120.81) | | FHA INSURANC | $1,167.20 | $107.10 |
| APR | | | | $120.81 * | FHA INSURANC | $1,167.20 | ($13.71) |
| MAY | $315.34 | $628.11 * | ($120.81) | | FHA INSURANC | $1,361.73 | $614.40 |
| MAY | | | | $120.81 * | FHA INSURANC | $1,361.73 | $493.59 |
| JUN | $315.34 | $630.68 * | ($120.81) | | FHA INSURANC | $1,556.26 | $1,124.27 |
| JUN | | | | $120.81 * | FHA INSURANC | $1,556.26 | $1,003.46 |
| JUL | $315.34 | $315.34 | ($120.81) | | FHA INSURANC | $1,750.79 | $1,318.80 |
| JUL | | | | $120.81 * | FHA INSURANC | $1,750.79 | $1,197.99 |
| AUG | $315.34 | $630.68 * | ($120.81) | | FHA INSURANC | $1,945.32 | $1,828.67 |
| AUG | | | | $120.81 * | FHA INSURANC | $1,945.32 | $1,707.86 |
| SEP | $315.34 | $315.34 | ($120.81) | | FHA INSURANC | $2,139.85 | $2,023.20 |
| SEP | | | | $120.81 * | FHA INSURANC | $2,139.85 | $1,902.39 |
| SEP | | | | $25.00 * | HAZARD INS | $2,139.85 | $1,877.39 |
| OCT | $315.34 | $315.34 | ($120.81) | | FHA INSURANC | $2,334.38 | $2,192.73 |
| OCT | | | ($921.00) | | PROPERTY INS | $1,413.38 | $2,192.73 |
| OCT | | | | $120.81 * | FHA INSURANC | $1,413.38 | $2,071.92 |
| OCT | | | | $959.00 * | HAZARD INS | $1,413.38 | $1,112.92 |
| NOV | $315.34 | $315.34 | ($120.81) | $120.81 | FHA INSURANC | $1,607.91 | $1,307.45 |
| DEC | $315.34 | $630.68 * | ($120.81) | $117.33 * | FHA INSURANC | $1,802.44 | $1,820.80 |
| DEC | | | ($1,413.38) | | COUNTY TAX | $389.06 | $1,820.80 |
| DEC | | | | $1,413.38 * | COUNTY TAX | $389.06 | $407.42 |
| JAN | $315.34 | $315.34 | ($120.81) | $117.33 * | FHA INSURANC | $583.59 | $605.43 |
| | $3,784.08 | $5,660.70 | -$3,784.10 | $3,840.14 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your ending balance from the last month of the account history (escrow balance anticipated) is $605.43. Your starting balance (escrow balance required) according to this analysis should be $988.48. Please note that your remaining escrow shortage balance included in the Proof of Claim at bankruptcy filing is $2,222.70. This post-petition analysis shows a surplus of $1,839.65. If your surplus is less than $50.00 or you have a pre-petition escrow shortage, your surplus will not be returned to you as we have the additional option of keeping it and adjusting your monthly payments accordingly.

Home Point Financial Corporation
11511 Luna Road Suite 200
Farmers Branch, TX 75234
800.686.2404

SUSAN A DAAS
PO BOX 22
KERNERSVILLE NC 27285-0022

Property Address:
1012 APPLEGATE CT
KERNERSVILLE NC 27284

Analysis Date: December 05, 2019

Loan Number:

We anticipate the total of your coming year bills to be $3,780.34. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment: | $315.03 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $315.03 |



NMLS# 7706

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Home Point Financial Corporation is a debt collector. Home Point Financial Corporation is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of the debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-51330 |
| Susan A. Daas | Chapter 13 |
| Debtor. | Judge Lena M. James |

## CERTIFICATE OF SERVICE

I certify that on January 9, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Brandi Leigh Richardson, Debtor's Counsel
    brandi.snyder.law@gmail.com

    Kathryn L. Bringle, Chapter 13 Trustee
    office@chapter13ws.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on January 9, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Susan A. Daas, Debtor
    PO Box 22
    Kernersville, NC 27285

Dated: January 9, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com